| ATTORNEY OR PARTY WITHOUT ATTORNEY | | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706   (626) 799-9797<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030<br>tprlaw@att.net | | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.: GOLDEN Q BILLIARDS 11/27/04 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA  94612-5212

PLAINTIFF/PETITIONER:
GARDEN CITY BOXING CLUB, INC.

DEFENDANT/RESPONDENT:
REMAN

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C07-05927 WHA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

    SUMMONS IN A CIVIL CASE, COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CMC IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

3. a. Party served:    ROBERT FLOYD REMAN, INDIVIDUALLY AND D/B/A GOLDEN Q BILLIARDS A/K/A REMAN & ASSOCIATES

4. Address where the party was served:    2901 GLASCOCK STREET
    (Residence)    OAKLAND, CA  94601

5. I served the party
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on:    January 20, 2008 at: 05:22 pm
    under the following Code of Civil Procedure section:
        SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
    a. R. EDWARDS
    b. ABSOLUTE SERVICE OF LOS ANGELES
       1301 WEST SECOND STREET, SUITE 204
       LOS ANGELES, CA 90026
    c. (213) 481-7334

    d. **The fee** for service was: $80.00
    e. I am: (3) registered process server.
        (i) independent contractor
        (ii) Registration No.: 762
        (iii) County: ALAMEDA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 25, 2008

_R. Edwards_
R. EDWARDS

Judicial Council form POS-010 Rev. 01/01/07          **PROOF OF SERVICE**          08272-1/asgenp