Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC. | Case No. 3:07-cv-05927-WHA |
| Plaintiff, | REQUEST TO ENTER DEFAULT |
| vs. | |
| ROBERT FLOYD REMAN, et al. | |
| Defendant. | |

**TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff, Garden City Boxing Club, Inc., hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant **Robert Floyd Reman, individually and d/b/a Golden Q Billiards a/k/a Reman & Associates** on the grounds that said Defendant has failed to appear or otherwise respond to the Summons and Complaint within the time prescribed by the Federal Rules of Civil Procedure.

///

///

Said Defendant was duly served with the Summons and Complaint, evidenced by the Proof of Service on file with this Court on January 30, 2008.

Dated:  February 12, 2008        /s/ Thomas P. Riley
                                 **LAW OFFICES OF THOMAS P. RILEY,  P.C**.
                                 By: Thomas P. Riley
                                 Attorneys for Plaintiff
                                 Garden City Boxing Club, Inc.

///

///

///

///

///

///

///

///

///

///

///

///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 12, 2008, I served:

### REQUEST TO ENTER DEFAULT

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Robert Floyd Reman   (Defendant)
2901 Glascock Street
Oakland, CA 94601

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 12, 2008, at South Pasadena, California.

Dated: February 12, 2008            /s/ Raquel Hernandez
                                    RAQUEL HERNANDEZ