1  **Thomas P. Riley, SBN 194706**
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  **First Library Square**
   **1114 Fremont Avenue**
3  **South Pasadena, CA 91030-3227**

4  **Tel:  626-799-9797**
   **Fax: 626-799-9795**
5  **TPRLAW@att.net**

6  **Attorneys for Plaintiff**
   **GARDEN CITY BOXING CLUB, INC.**
7

8                          **UNITED STATES DISTRICT COURT**
9                         **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | **GARDEN CITY BOXING CLUB, INC.** | **Case No. 3:07-cv-05927-WHA** |

12 | **Plaintiff,** | **AFFIDAVIT OF PLAINTIFF'S** |
   |                | **COUNSEL IN SUPPORT OF** |
13 |                | **PLAINTIFF'S REQUEST TO** |
   | **vs.**        | **ENTER DEFAULT** |
14
15 | **ROBERT FLOYD REMAN, et al.** | |
16
   | **Defendant.** | |
17

18

19 **To:  The Clerk of the above-entitled Court:**

20
        I, Thomas P. Riley, declare as follows:
21

22      1.      I am the attorney for Garden City Boxing Club, Inc., in the above-entitled
23 action.

24      2.      On January 20, 2008, Defendant was duly served with Summons and
25 Complaints and supplemental suit papers filed in this action.

26      3.      On or about January 30, 2008, the Proof of Service, evidencing same was
27 filed with the Court.
28

4.    The Defendant has not appeared in this action and has not responded to the Complaint within the time permitted by law.

5.    Defendant is not infant, incompetent person, or person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

6.    Plaintiff respectfully requests default in its favor.

I declare under the penalty of perjury of the laws of the State of California and the United States of America that the above is true and correct.


                              Respectfully submitted,




Dated:  February 12, 2008        /s/ Thomas P. Riley_____
                                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                 By: Thomas P. Riley
                                 Attorneys for Plaintiff
                                 Garden City Boxing Club, Inc.

///

///

///

///

///

///

///

1

## <u>PROOF OF SERVICE (SERVICE BY MAIL)</u>

2

3          I declare that:

4          I am employed in the County of Los Angeles, California.  I am over the age of

5    eighteen years and not a party to the within cause; my business address is First Library

6    Square, 1114 Fremont Avenue, South Pasadena, CA 91030-3227.  I am readily familiar

7    with this law firm's practice for collection and processing of correspondence/documents

8    for mail in the ordinary course of business.

9

10          On Febraury 12, 2008, served:

11

**AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF**
12    **PLAINTIFF'S REQUEST TO ENTER DEFAULT**

13

14   On all parties referenced by enclosing a true copy thereof in a sealed envelope with

15   postage prepaid and following ordinary business practices, said envelope was duly

16   mailed and addressed to:

17

18          Robert Floyd Reman   (Defendant)
           2901 Glascock Street
19          Oakland, CA 94601

20

21

          I declare under the penalty of perjury pursuant to the laws of the United States
22   that the foregoing is true and correct and that this declaration was executed on

23   February 12, 2008, at South Pasadena, California.

24

25

26   Dated: February 12, 2008              /s/ Raquel Hernandez
                                           RAQUEL HERNANDEZ
27

28