**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

February 14, 2008

RE:  CV 07-05927 WHA     GARDEN CITY BOXING CLUB, INC.-v- ROBERT FLOYD REMAN

Default is entered as to Robert Floyd Reman individually and d/b/a Golden Q Billiards a/k/a Reman & Associates on February 13, 2008.

RICHARD W. WIEKING, Clerk

by Susan Imbriani  
Case Systems Administrator

NDC TR-4  Rev. 3/89