Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Robert Floyd Reman, et al.<br><br>Defendant. | Case No. CV 07-5927 WHA<br><br>DECLARATION OF THOMAS P. RILEY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANT ROBERT FLOYD REMAN, INDIVIDUALLY AND D/B/A GOLDEN Q BILLIARDS A/K/A REMAN & ASSOCIATES |

To:  The Clerk of the above-entitled Court:

I, Thomas P. Riley, declare as follows:

1. My firm and I are counsel to Garden City Boxing Club, Inc., in the above-entitled action.

2. The Defendant had not appeared in this action and has not responded to the Complaint served upon him within the time permitted by law.

3. Defendant is not infant, incompetent person, or a person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

DECLARATION OF THOMAS P. RILEY IN SUPPORT OF
PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT
BY THE COURT
CV 07-5927 WHA
PAGE 1

4.      On February 12, 2008, a Request for Entry of Default was filed with the Court regarding Defendant Robert Floyd Reman, individually and d/b/a Golden Q Billiards a/k/a Reman & Associates, the instant Defendant.

5.      Default was entered on Februrary 13, 2008, against Defendant Robert Floyd Reman, individually and d/b/a Golden Q Billiards a/k/a Reman & Associates.

6.      This action involves a claim for damages by Plaintiff Garden City Boxing Club, Inc., against Defendant Robert Floyd Reman, individually and d/b/a Golden Q Billiards a/k/a Reman & Associates for misappropriation of a Championship Boxing Program in violation of 47 U.S.C. Section 605, *et seq.*, and 47 U.S.C. Section 553, *et seq*.  Plaintiff further alleges that the Defendant committed tort of Conversion.  Plaintiff seeks relief on its causes of action as set forth below.

7.      Plaintiff respectfully requests judgment in its favor and that damages be awarded to it, as follows:

|   |   |   |
|---|---|---|
| a.  Violation of Title 47 U.S.C. 605 (e)(3)(B)(iii) and (c)(ii): | $ | 50,000.00 |
| b.  Violation Title 47 U.S.C. 553 (b)(2) and (c)(2)(c): | $ | 50,000.00 |
| c.  Tort of Conversion: | $ | 1,600.00 |
| Total Amount of Requested Judgment: | $ | 101,600.00 |

I declare under the penalty of perjury of the laws of the State of California and the United States of America that the above is true and correct.

Respectfully submitted,

Dated:  February 21, 2008          */s/ Thomas P. Riley*
                                   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                   BY: Thomas P. Riley
                                   Attorneys for Plaintiff
                                   Garden City Boxing Club, Inc.

**DECLARATION OF THOMAS P. RILEY IN SUPPORT OF**
**PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT**
**BY THE COURT**
**CV 07-5927 WHA**
**PAGE 2**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 21, 2008, I served:

**DECLARATION OF THOMAS P. RILEY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY THE COURT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Robert Floyd Reman   (Defendant)
2901 Glascock Street
Oakland, CA 94601

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 21, 2008 at South Pasadena, California.

Dated: February 21, 2008               */s/ Raquel Hernandez*
                                        **RAQUEL HERNANDEZ**

**DECLARATION OF THOMAS P. RILEY IN SUPPORT OF
PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT
BY THE COURT
CV 07-5927 WHA
PAGE 3**