1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   Garden City Boxing Club, Inc.
7
                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA

9

10  Garden City Boxing Club, Inc.          CASE NO. CV 07-5927 WHA

11        Plaintiff,                        DECLARATION OF AFFIANT

12        vs.

13
    Robert Floyd Reman, et al.
14
          Defendant.
15

16

17        TO THE CLERK OF THE COURT:

18

19        A true and correct copy of the Declaration of Affiant is attached hereto and made part hereof.

20

21
                                            Respectfully submitted:
22

23

24  Date:  February 21, 2008          /s/ Thomas P. Riley
25                                    LAW OFFICES OF THOMAS P. RILEY, P.C.
                                      By: Thomas P. Riley
26                                    Attorneys for Plaintiff
                                      Garden City Boxing Club, Inc.
27

28


DECLARATION OF AFFIANT
CASE NO.  CV 07-5927 WHA
PAGE 1

# AFFIDAVIT

State of: California

Country of: Alameda

I, undersigned, being duly sworn according to law deposes and says, that on November 27, 2004, I entered the establishment known as Golden Q Billiards located at 24832 Mission Blvd Hayward, CA 94544 at approximately 7:50 a.m/(p.m). I paid $ 0 to enter this establishment. I ordered ——— from a (bartender)/waitress whose name is ——— and who is described as white male Bald head mid 30's. I observed 2 television sets. They are described as (1) Big screen & (2) 27" and they were located Big Screen located near bathrooms to the left of the Bar. 2 27" were located on Bar the television set(s), I observed the boxing match between Nedel Hussein and Oscar Larios. Larios was wearing Blue trunks and Hussein was wearing White trunks. I also observed the following: Starting of Round 2 Both Fighters were sparring. Also heard Ring Torres talk about Both Fighters prior to the beginning Round

A cable box was / (was not) visible. The channel ——— appeared on the box. This establishment (has) / does not have a satellite dish. There were / (were not) Apartments above or adjacent to the establishment. The establishment is described as A Pool gaming Hall. Bar to the Right as you enter. Glass Mirror on back of Bar w/ Boars head above.

This establishment rates Good (Good, Fair, Poor). The Capacity of this establishment is approximately 200 people. At the time of my appearance, I counted approximately 52 people on the first head count and 50 on the second count.

Prior to my departure, there were approximately ___48___ people in the establishment. This establishment is located in a (commercial) / residential neighborhood. There (was) was not a parking lot connected or adjacent to this establishment. I observed the following license plates either in the parking lot, in front of, or in the immediate vicinity, of this establishment:

```
6 P19 320              4 RON MAC
5DZ H049               4PO B298
4MM W143
```

I departed this establishment at __8:05__ a.m. (p.m.)

Dated: __11-27-04__

Signed: _____

Printed Name: __Gary Gravelyn__

Agency: __Gravelyn & Associates__

Address: __16 Rio Vista__

City/Sate: __Orinda, CA 94563__

Phone #: __925 253-0469__

P.I.#: __18604__

## NOTARY

CALIFORNIA
CONTRA COSTA   On __Dec 8 2004__, before me, __Cynthia K. Saba__

Notary Republic, personally appeared __Gary Gravelyn__ ( ) personally

To me – or – (X) proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the written instrument and acknowledged to me that (he)/she executed the same in (his)/her authorized capacity and that by (his)/her signature on the instrument the person or entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal.

[SEAL: CYNTHIA K. SABA / Commission # 1297952 / Notary Public - California / Contra Costa County / My Comm. Expires Apr 18, 2005]

_Cynthia K. Saba_
Signature of Notary



# California Department of Alcoholic Beverage Control
## License Query System Summary
## as of 12/8/2004

| License Information | |
|---|---|
| License Number: 414717 | Status: ACTIVE |
| Primary Owner: REMAN ROBERT FLOYD | |
| ABC Office of Application: OAKLAND | |
| **Business Name** | |
| Doing Business As: REMAN & ASSOCIATES | |
| **Business Address** | |
| Address: 24832 MISSION BLVD | Census Tract: 4380. |
| City: HAYWARD | County: ALAMEDA |
| State: CA   Zip Code: 94544 | |
| **Licensee Information** | |
| Licensee: REMAN ROBERT FLOYD | |
| **License Types** | |
| 1) License Type: 40 - ON-SALE BEER | |
| License Type Status: ACTIVE | |
| Status Date: 01-SEP-2004 | Term: Month(s) |
| Original Issue Date: 01-SEP-2004 | Expiration Date: 31-AUG-2005 |
| Master: Y   Duplicate: 0 | Fee Code: NA |
| **Current Disciplinary Action** | |
| ...No Active Disciplinary Action found... | |
| **Disciplinary History** | |
| ...No Disciplinary History found... | |
| **Hold Information** | |
| ...No Active Holds found... | |

- - - *End of Report* - - -

For a definition of codes, view our glossary.

http://www.abc.ca.gov/datport/LQSData.asp?ID=2023529643          12/8/2004

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 21, 2008, I served:

**DECLARATION OF AFFIANT**

On all parties referenced by enclosing true copies thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Robert Floyd Reman   (Defendant)
2901 Glascock Street
Oakland, CA 94601

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 21, 2008, at South Pasadena, California.

Dated: February 21, 2008                  */s/ Raquel Hernandez*
                                          **RAQUEL HERNANDEZ**

**DECLARATION OF AFFIANT**
**CASE NO.  CV 07-5927 WHA**
**PAGE 2**