IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARDEN CITY BOXING CLUB, INC.,

    Plaintiff,

v.

ROBERT FLOYD REMAN, individually
and d/b/a GOLDEN Q BILLIARDS, a/k/a
REMAN & ASSOCIATES,

    Defendants.
                                /

No. C 07-05927 WHA

**CASE MANAGEMENT ORDER**

    The stipulated dismissal is due by **NOON ON MARCH 10, 2008**.

    A case management conference is set for **MARCH 13, 2008, AT 1100 A.M.**

**IT IS SO ORDERED.**

Dated: February 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE