**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 28, 2008

Case No.  C 07-05927 WHA

Title: GARDEN CITY BOXING CLUB  v. ROBERT FLOYD REMAN

Plaintiff Attorneys: Elizabeth MacDonald

Defense Attorneys: n/a

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)    CMC - HELD

2)

Continued to **3/13/08 at 11:00 am**  for Further Case Management Conference

Continued to _ for Jury Trial

**ORDERED AFTER HEARING:**

Plaintiff advised the Court that the parties reached a settlement earlier today.  Parties shall file a dismissal order by noon on 3/10/08 or appear for further cmc on 3/13/08.